for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. L. T. Michener* and *John A. Gavit* for petitioner. *Messrs. Jesse J. Ricks* and *Edmond W. Hebel* for respondent.

---

No. 387. MERCANTILE TRUST COMPANY OF ST. LOUIS, MISSOURI *v.* WILMOT ROAD DISTRICT. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. George B. Rose, S. A. Mitchell, S. H. Cantrell, J. F. Loughborough,* and *A. W. Dobyns* for petitioner. *Mr. Robert E. Wiley* for respondent.

---

No. 394. C. G. LEWELLYN, COLLECTOR OF INTERNAL REVENUE, *v.* ELECTRIC REDUCTION COMPANY. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Mitchell* for petitioner. No appearance for respondent.

---

No. 409. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, *v.* ARKANSAS LAND & LUMBER COMPANY. October 11, 1926. Petition for writ of certiorari to the Supreme Court of the State of Arkansas granted. *Mr. J. Q. Mahaffey* for petitioner. *Mr. E. F. McFaddin* for respondent.

---

No. 436. A. B. LEACH AND COMPANY, INC., *v.* WALTER PEIRSON. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Francis Rawle, Henry M. Earle,* and *Joseph W. Henderson* for petitioner. *Mr. James M. Brown* for respondent.